UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LEONARD COLE,

        Plaintiff,

v.

STEPHEN SINCLAIR et al.,

        Defendant.

CASE NO. 3:21-cv-05089-RSM-BAT

**ORDER REGARDING MOTION FOR SUPPLEMENTAL PLEADING**

Plaintiff filed a "Motion To/For Supplemental Pleading with Additional Facts." Dkt. 16. Dkt. 4. The motion appears to contain additional factual support regarding claim in the present complaint that Defendants are "continuously placing me around infected Covid-19 virus inmates." Dkt. 4 at 22. The motion thus does not appear to seek to amend the complaint with a new claim and new defendants. Accordingly, the Court Orders:

1. The contents of the motion, Dkt. 16, are viewed as allegations in support of the current complaint. The Court makes no ruling as to the verity of the allegations or whether they are admissible evidence.

2. The Court finds that Plaintiff has not filed a motion to amend the complaint in order to add new defendants or new claims. If Plaintiff seeks to add new claims or defendants, he must file a motion to amend the complaint, and submit a copy of the proposed amended

ORDER REGARDING MOTION FOR
SUPPLEMENTAL PLEADING - 1

complaint and underline the proposed amended language.

3. The clerk shall provide copies of this order to the parties and terminate the motion docketed at 16.

DATED this 12th day of May 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING MOTION FOR
SUPPLEMENTAL PLEADING - 2