UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD LEONARD COLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN SINCLAIR et al.,<br><br>　　　　　　Defendant. | CASE NO. 3:21-cv-05089-RSM-BAT<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME** |

On August 18, 2021, Defendant moved to extend the due date for dispositive motions to August 31, 2021. Dkt. 24. Plaintiff has not responded to or opposed the motion which was noted for September 3, 2021. The Court has considered the record and GRANTS the motion, Dkt. 24. The Court also notes that on August 31, 2021, Defendant filed a motion for summary judgment. Dkt. 26.

The Clerk shall provide a copy this order to the parties.

DATED this 3rd day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　／s／ Brian A. Tsuchida
　　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING DEFENDANT'S
MOTION TO EXTEND TIME - 1