UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD LEONARD COLE,

    Plaintiff,

v.

STEPHEN SINCLAIR et al.,

    Defendant.

CASE NO. 3:21-cv-05089-RSM-BAT

**ORDER**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. 26) is GRANTED. Plaintiff's claims are dismissed with prejudice and this case is closed.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

//

//

ORDER - 1

DATED this 13th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2